

# IN THE
# TENTH COURT OF APPEALS

### No. 10-10-00013-CR

**ALICIA LEWIS,**

                                              **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                              **Appellee**

### From the County Court at Law
### Ellis County, Texas
### Trial Court No. 0911956 CR

## MEMORANDUM OPINION

Alicia Lewis was found to be in contempt of court and sentenced to 180 days in jail. She appealed. The Clerk of this Court warned Lewis that the appeal was subject to dismissal because there is no right of appeal from an order of contempt. *See Ex parte Eureste*, 725 S.W.2d, 214, 216 (Tex. Crim. App. 1986); *Ex parte Moorehouse*, 614 S.W.2d 450, 451 (Tex. Crim. App. 1981); *Hubbard v. State*, 265 S.W.3d 434, 435 (Tex. App.—Houston [1st Dist.] 2007, no pet.). The Clerk also warned Lewis that unless a response was filed showing grounds for continuing the appeal, the appeal would be dismissed.

Counsel for Lewis responded that Lewis was pursuing a writ of habeas corpus and that a family member or friend had filed the notice of appeal.

Accordingly, this appeal is dismissed.


                            TOM GRAY
                            Chief Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Appeal dismissed
Opinion delivered and filed February 10, 2010
Do not publish
[CR25]